**Order entered February 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00020-CV

### IN RE DAVID BARNES, Relator

### Original Proceeding from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-11126

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE